UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-00170 |
| BENYAMEN C. MARADKEL | ) | |
| INGRID MARADKEL | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING DEBTORS' CONFIRMED CHAPTER 13 PLAN**

THIS CAUSE, coming to be heard on Debtors' Motion to Modify Plan, the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

1. Debtors' chapter 13 plan payments are increased from $2,940.00 to $6,440.00 for October, November, and December, 2014, as well as January, 2015.

2. The term of Debtors' Plan remains at 60 months.

3. Any existing default is waived.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 02, 2014

**Prepared by:**

Penelope N. Bach, 6284659
Counsel for Debtor
Bach Law Offices
PO Box 1285
Northbrook, IL 60065
(847) 564-0808